UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROBERT ZENAS WHIPPLE, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-577-TAV-CCS |
| | ) | |
| DOUG COOK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For reasons contained in the accompanying memorandum and order, this pro se prisoner's petition for a writ of habeas corpus, 28 U. S.C. § 2254, is **DENIED** [Doc. 1], and a certificate of appealability **SHALL NOT ISSUE**. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Slack v. McDaniel*, 529 U.S. 473 (2000). The Court also **CERTIFIES** that any appeal from this Order would not be taken in good faith; therefore, any motion by Petitioner for leave to proceed *in forma pauperis* on appeal is **DENIED**. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT